# LAW OFFICES OF USMAAN SLEEMI LLC

## 66 ROUTE 17 NORTH, SUITE 500
## PARAMUS, NJ 07652

Phone: 973.866.9415 | Fax: 973.775.9584 | Email: usleemi@sleemilaw.com

July 1, 2026

VIA ELECTRONIC FILING

Hon. Jessica S. Allen, U.S.M.J.
U.S. District Court – District of New Jersey
Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, Courtroom MLK 2B
Newark, NJ 07101

**RE:** **Milton Perez v. CSC Holdings LLC d/b/a Cablevision Systems Corporation**
        **Case No. 2:25-cv-18017-CCC-JSA**

Dear Judge Allen:

As you may recall, this firm represents Plaintiff Milton Perez ("Plaintiff") in the above-referenced matter. I write to respectfully request that the Court extend the deadline to bring discovery disputes to the Court's attention. I conferred with counsel for Defendants, and they consent to this request.

Per the Court's Pre-Trial Scheduling Order, the deadline to bring discovery disputes to the Court's attention is July 6, 2026 (*see* D.E. 9). The parties have been meeting and conferring over the past several weeks regarding written discovery responses and production issues. While many, if not most, of the outstanding discovery issues have been resolved, a small number of significant issues still remain. Conversations remain ongoing in hopes the parties can reach a negotiated solution without court intervention, but require additional time to determine whether such solution can be reached or whether motion to compel practice will be necessary.

The parties are scheduled to meet and confer again on July 8, 2026. Given the upcoming Fourth of July holiday and existing scheduling commitments, including a jury trial that I currently have scheduled for July, Plaintiff respectfully requests a three-week extension to continue the parties' discussions in the hopes of eliminating, or at least continuing to narrow, any areas of disagreement so as not to burden the Court with disputes that the parties may be able to resolve through further conferrals. The parties have been diligent and cooperative in conducting discovery thus far, but it has become clear that additional time is needed to complete discovery. The extension of the discovery deadlines is not sought for purposes of delay and will not result in prejudice to the parties.

The parties will submit a proposed amended scheduling order to the Court promptly after meeting and conferring next week. Thank you for your attention to this matter.

2

Respectfully submitted,

**LAW OFFICES OF USMAAN SLEEMI LLC**
Attorneys for Plaintiff

*/s/ Usmaan Sleemi*
Usmaan Sleemi, Esq

2

**<u>CERTIFICATE OF SERVICE</u>**

I, USMAAN SLEEMI, hereby certify that, on July 1, 2026, the foregoing correspondence was electronically filed and served through the Court's CM/ECF system upon the following counsel of record:

> Joseph Vento, Esq.
> Seyfarth Shaw LLP
> 620 Eighth Avenue
> New York, NY  10018-1405
> jvento@seyfarth.com
> *Attorneys for Defendant*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I may be subject to punishment.

*/s/ Usmaan Sleemi*
Usmaan Sleemi, Esq.
