

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

acasey@seyfarth.com
T (212) 218-5270

www.seyfarth.com

July 6, 2026

**VIA ECF**

Hon. Jessica S. Allen
United States Magistrate Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re:**  ***Milton Perez v. CSC Holdings, LLC D/B/A Cablevision and Altice USA***
      **Civil Action No.: 2:25-cv-18017-CCC-JSA**

Dear Judge Allen:

This Firm represents Defendants CSC Holdings, LLC, Cablevision Systems Corporation (incorrectly names as "Cablevision"), and Optimum Communications, Inc., formerly known as Altice USA, Inc. (incorrectly named as "Altice USA") (collectively, "Defendants") in the above-referenced matter.  Together with counsel for Plaintiff Milton Perez ("Plaintiff") and in accordance with Court's May 26, 2026 Text Order (ECF No. 14), the Parties write to provide this joint status report in advance of their July 13, 2026 status conference.

At the Parties' April 21, 2026 status conference, the Court ordered Plaintiff to respond to Defendants' first set of discovery requests and produce responsive documents and executed medical authorizations by May 1, 2026.  Plaintiff responded to Defendants' discovery requests and provided a document production on May 1, 2026.  Defendants sent Plaintiff a deficiency letter, dated May 21, 2026, to follow up on outstanding documents and key pieces of information.  As of the writing of this letter, Plaintiff's response to Defendants' deficiency letter remains outstanding.

Relatedly, Plaintiff sent Defendants two deficiency letters, including on May 28, 2026 and June 1, 2026, regarding alleged deficiencies in Defendants' discovery responses.[1]  On June 8, 2026, Plaintiff agreed to limit the scope of several of his discovery requests.  On June 29, 2026, Defendants substantively responded to Plaintiff's deficiency letter and offered a meet and confer to discuss any of Defendants responses.  Defendants are also working diligently to review electronically stored information ("ESI") for responsiveness to Plaintiff's discovery requests and anticipate making a supplemental production within the next few weeks.

---

[1] Defendants responded to Plaintiff's first set of discovery requests and produced responsive documents on March 26, 2026—within 30 days of receiving Plaintiff's first set of requests.

326855962v.1

Hon. Jessica S. Allen
July 6, 2026
Page 2

Additionally, despite repeated follow ups, Plaintiff's mental health records remain outstanding. These are critical documents, as Plaintiff alleges emotional distress damages in this action. Defendants have requested Plaintiff's availability for a deposition in late July 2026; however, Defendants note that Plaintiff's deposition may need to be postponed if his medical records are not received in time. Plaintiff has not indicated who he intends to depose in connection with this matter.

Finally, the parties have not engaged in any settlement discussions since the Parties' April 21, 2026 status conference. Defendants believe that any settlement discussions will be better informed after paper discovery and Plaintiff's deposition are completed.

We thank Your Honor for your attention to this matter. We look forward to discussing the above in more detail during the Parties' upcoming status conference on July 13, 2026.

Very truly yours,

SEYFARTH SHAW LLP

/s/ Ashley Casey

Ashley Casey

cc:    All counsel of record (via ECF)

326855962v.1